| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Alvin S. Marks_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Alison S. Marks    7/24/06 |
| 1. Article Addressed to:<br><br>Nissan North America, Inc.<br>c/o Registered Agent<br>Lanier Ford Shaver & Payne, P.C.<br>200 West Side Square – Suite 5000<br>Huntsville, AL 35801<br><br>06CV622 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0000 4628 0923 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |