| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Laura Cooper_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Laura Coop_ C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUL 2 4 2006 |
| 1. Article Addressed to:<br><br>Takata Inc.<br>c/o Registered Agent<br>The Prentice Hall Corporation System, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>06cv622 | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0000 4628 0916 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540