**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Takata U.S.A. Corporation
   c/o Registered Agent
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

   06CV622

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_      ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    24 JUL 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4628 0879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Takata Seat Belts, Inc.
   c/o Registered Agent
   The Prentice Hall Corporation System, Inc.
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

   06CV622

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Laura Cooper      ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Laura Cooper                    JUL 24 2006
   [Wilmington DE USPS postmark]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0000 4628 0886

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540