IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NISSAN NORTH AMERICA, INC., )<br>a foreign corporation; TAKATA U.S.A. )<br>CORPORATION d/b/a TAKATA )<br>CORPORATION, a foreign corporation; )<br>TAKATA SEAT BELTS, INC., a foreign )<br>corporation; TAKATA RESTRAINT )<br>SYSTEMS, INC., a foreign corporation; )<br>TAKATA NORTH AMERICAN, INC., a )<br>foreign corporation; and TAKATA INC., )<br>a foreign corporation, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO. 3:06-CV-622 |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Robert C. Khayat, Jr., a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant Nissan North America, Inc., ("NNA") and respectfully moves for admission *pro hac vice* of attorney Chilton Davis Varner of the law firm of King & Spalding LLP, as additional counsel for NNA. In support of this Motion, a Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached.

With the filing of this Motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

WHEREFORE, the undersigned respectfully requests this Honorable Court grant this motion and issue the attached Order admitting Chilton Davis Varner *pro hac vice* as additional counsel for Defendant Nissan North America, Inc.

Respectfully submitted this 18th day of August, 2006.

KING & SPALDING LLP

/s/ Robert C. Khayat, Jr.
Robert C. Khayat, Jr.
Alabama Bar No. ASB-9156-T73R
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** on all counsel of record by causing a copy of same to be sent by United States Mail, postage prepaid and addressed as follows:

K. Stephen Jackson
Joseph L. Tucker
Joel L. DiLorenzo
Jackson & Tucker, P.C.
Black Diamond Building
22229 First Avenue North
Birmingham, Alabama 35203

This 18th day of August, 2006.

/s/ Robert C. Khayat, Jr.
Robert C. Khayat, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NISSAN NORTH AMERICA, INC., )<br>a foreign corporation; TAKATA U.S.A. )<br>CORPORATION d/b/a TAKATA )<br>CORPORATION, a foreign corporation; )<br>TAKATA SEAT BELTS, INC., a foreign )<br>corporation; TAKATA RESTRAINT )<br>SYSTEMS, INC., a foreign corporation; )<br>TAKATA NORTH AMERICAN, INC., a )<br>foreign corporation; and TAKATA INC., )<br>a foreign corporation, )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION NO. 3:06-CV-622 |

## ORDER ADMITTING COUNSEL PRO HAC VICE

The Court having considered the Motion of Robert C. Khayat, Jr. of the law firm of King & Spalding LLP, an attorney duly licensed to practice law in the State of Alabama and in good standing, seeking admission *pro hac vice* of Chilton Davis Varner, attorney at law, of Atlanta, Georgia, the same is hereby granted and the Court finds that Chilton Davis Varner should be and is hereby admitted *pro hac vice* in the above-styled and captioned matter.

IT IS THEREFORE, ORDERED that Chilton Davis Varner, be and is hereby admitted *pro hac vice* in the above-styled and captioned matter.

This ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE