

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                  }
                                                             } ss.
NORTHERN DISTRICT OF GEORGIA           }

       I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

       **DO HEREBY CERTIFY** that **CHILTON DAVIS VARNER, 725450,** was duly admitted to practice in said Court on September 30, 1976 and is in good standing as a member of the bar of said Court.

       Dated at Atlanta, Georgia, this 17th day of August, 2006.



                                                   JAMES N. HATTEN
                                                   CLERK OF COURT

                                        By: _____
                                                 Luis Perez
                                                 Deputy Clerk