

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA              }
                                      } ss.
NORTHERN DISTRICT OF GEORGIA          }

      I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **ROBERT B. FRIEDMAN, 277711,** was duly admitted to practice in said Court on July 31, 2000 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 14th day of August, 2006.

                                                  LUTHER D. THOMAS
                                                  CLERK OF COURT

                                      By: *Eugene T. Thornton*
                                            Eugene T. Thornton
                                              Deputy Clerk

