**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 21, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: David Finney v. Nissan North America, Inc., et al.**
**Case Number: 2:05-cv-1222-MEF**

**Pleadings #10, 11 and 12 - Motions for Admission Pro Hac Vice**

**Notice of Correction is being filed this date to advise that the referenced motions were filed without Certificates of Good Standing attached.**

**Certificates of Good Standing for Attorneys Chilton Davis Varner, Andrew T. Bayman and Robert B. Friedman are attached to this notice.**