

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW THOMAS BAYMAN, 43342,** was duly admitted to practice in said Court on October 18, 1989 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 14th day of August, 2006.

LUTHER D. THOMAS<br>
CLERK OF COURT<br><br>
By: <i>Eugene T. Thornton</i><br>
Eugene T. Thornton<br>
Deputy Clerk
