

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      }
                              } ss.
NORTHERN DISTRICT OF GEORGIA  }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **CHILTON DAVIS VARNER, 725450,** was duly admitted to practice in said Court on September 30, 1976 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 17th day of August, 2006.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk