IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-CV-622 |
| ) | |
| NISSAN NORTH AMERICA, INC., ) | |
| a foreign corporation; TAKATA U.S.A. ) | |
| CORPORATION d/b/a TAKATA ) | |
| CORPORATION, a foreign corporation; ) | |
| TAKATA SEAT BELTS, INC., a foreign ) | |
| corporation; TAKATA RESTRAINT ) | |
| SYSTEMS, INC., a foreign corporation; ) | |
| TAKATA NORTH AMERICAN, INC., a ) | |
| foreign corporation; and TAKATA INC., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Robert C. Khayat, Jr., a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant Nissan North America, Inc., ("NNA") and respectfully moves for admission *pro hac vice* of attorney Andrew T. Bayman of the law firm of King & Spalding LLP, as additional counsel for NNA. In support of this Motion, a Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached.

With the filing of this Motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**MOTION GRANTED**

THIS 31st DAY OF August, 20 06

_____
UNITED STATES MAGISTRATE JUDGE