IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06-CV-622 - WKW |
| | ) |
| NISSAN NORTH AMERICA, INC., a foreign corporation; TAKATA U.S.A. CORPORATION d/b/a TAKATA CORPORATION, a foreign corporation; TAKATA SEAT BELTS INC., a foreign corporation; TAKATA RESTRAINT SYSTEMS INC., a foreign corporation; TAKATA NORTH AMERICAN INC., a foreign corporation; and TAKATA INC. a foreign corporation, | ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

   Kenneth Stephen Jackson, Joseph L. Tucker, Joel L. DiLorenzo and Walter B. Calton representing the Plaintiff

   Chilton Davis Varner, Andrew T. Bayman, Robert B. Friedman and Robert C. Khayat, Jr. representing Defendant Nissan North America, Inc.

   Charles A. Stewart III, representing Defendants Takata Seat Belts Inc., Takata Restraint Systems Inc., Takata North American Inc., Takata Inc. and Takata U.S.A. Corporation ("Takata Defendants")

2. **Pre-Discovery Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure within 21 days of the entry of the Court's scheduling order.

3. **Discovery Plan**. The parties jointly propose the following discovery plan:

    (1)    All discovery commenced in time to be completed by November 1, 2007.

    (2)    Discovery under F.R.C.P. 33 governing Interrogatories to Parties shall be conducted in accordance with the Federal Rules of Civil Procedure.

    (3)    Discovery under F.R.C.P. 34 governing Production of Documents and Things shall be conducted in accordance with the Federal Rules of Civil Procedure.

    (4)    Discover under F.R.C.P. 30 governing Depositions Upon Oral Examination shall be conducted in accordance with the Federal Rules of Civil Procedure.

    (5)    Discovery under F.R.C.P. 31 governing Depositions Upon Written Questions shall be conducted in accordance with the Federal Rules of Civil Procedure.

    (6)    Supplements under Rule 26(e) of the Federal Rules of Civil Procedure are due 30 days before the close of discovery.

4. **Other Items**.

    (1)    The parties do not request a conference with the Court before entry of the scheduling order.

    (2)    Reports from retained experts under Rule 26(a)(2) of the Federal Rules of Civil Procedure are due from the plaintiffs by August 15, 2007, and any such experts shall be made available for deposition by no later than September 14, 2007. Reports from retained experts from the defendants are due by October 2, 2007, and any such experts shall be made available for deposition by not later than November 1, 2007.

    (3)    The parties request a pretrial conference on or about February 15, 2008.

    (4)    All potentially dispositive motions should be filed by November 15, 2007.

    (5)    Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

    (6)    Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

-3-

(7) Final list of trial witnesses and exhibits under 26(a)(3) of the Federal Rules of Civil Procedure must be served and filed:

    a. By the Plaintiff: 30 days before trial; and

    b. By the Defendants: 30 days before trial.

(8) Objections are to be filed within 15 days after receipt of final list.

(9) This case should be ready for trial by the March 10, 2008 trial.

(10) Trial is expected to last 7-10 days.

The attorneys for the parties jointly prepared this Report of the Parties' Planning Meeting, and counsel for the Plaintiffs and Defendant Nissan North America, Inc. have reviewed this report and given permission to Takata Defendants' counsel to electronically file it with the Court on behalf of the parties.

-4-

Respectfully submitted this the 3rd day of October, 2006.

| JACKSON & TUCKER, P.C. | KING & SPALDING LLP |
|---|---|
| /s/ K. Stephen Jackson | /s/ Chilton Davis Varner |
| K. Stephen Jackson | Chilton Davis Varner |
| Joseph L. Tucker | Andrew T. Bayman *(admitted pro hac vice)* |
| Joel L. DiLorenzo | Georgia Bar No. 043342 |
| Black Diamond Building | Robert B. Friedman *(admitted pro hac vice)* |
| 22229 First Avenue North | Georgia Bar No. 277711 |
| Birmingham, Alabama 35203 | Robert C. Khayat, Jr. |
|  | Alabama Bar No. ASB-9156-T73R |
| -and- | 1180 Peachtree Street |
|  | Atlanta, Georgia 30309 |
| Walter B. Calton | (404) 572-4600 |
| Calton & Rutland LLC |  |
| PO Box 696 | **ATTORNEYS FOR DEFENDANT** |
| Eufaula, AL 36027-0696 | **NISSAN NORTH AMERICA, INC.** |
| **ATTORNEYS FOR PLAINTIFF** |  |

BRADLEY ARANT ROSE & WHITE, LLP

/s/ Charles Andrew Stewart III
Charles Andrew Stewart III
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104

**ATTORNEY FOR DEFENDANTS TAKATA SEAT BELTS INC., TAKATA RESTRAINT SYSTEMS INC., TAKATA NORTH AMERICAN INC., TAKATA INC., AND TAKATA U.S.A. CORPORATION**