IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CV NO. 3:06-CV-622-WKW |
| TAKATA, | ) |
| a foreign corporation; TAKATA U.S.A. | ) |
| CORPORATION d/b/a TAKATA | ) |
| CORPORATION, a foreign corporation, | ) |
| Et al. | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF SERVICE

    Please take notice that the undersigned has this date served a complete copy of the following upon counsel for all parties:

(X)    Plaintiff's First Request for Production of Documents and Things to Defendant Takata, Inc.

(X)    Plaintiff's First Request for Production of Documents and Things to Defendant Takata North American, Inc.

(X)    Plaintiff's First Request for Production of Documents and Things to Defendant Takata Seat Belts, Inc.

(X)    Plaintiff's First Request for Production of Documents and Things to Defendant Takata Restraint Systems, Inc.

(X)    Plaintiff's First Request for Production of Documents and Things to Defendant Takata U.S.A. Corporation d/b/a Takata Corporation.

                                      K. Stephen Jackson   (JAC 034)
                                      Joseph L. "Josh" Tucker   (TUC 033)
                                      Joel L. DiLorenzo (DIL 018)
                                      *Attorneys for Plaintiff*

**OF COUNSEL:**

**JACKSON & TUCKER, P.C.**
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536


Walter B. Calton, Esq.
312 East Broad Street
Eufaula, AL 36027

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the above was served upon the following via regular United States Mail, postage prepaid and properly addressed on this 24th day of October, 2006.

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White, LLP
401 Adams Avenue – Suite 780
Montgomery, Alabama 36104

*Attorney for Defendant Takata*

_____
Attorney for Plaintiff