IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-622-WKW |
| ) | |
| NISSAN NORTH AMERICAN, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of the plaintiff's Motion for Leave of Court to File First Amended Complaint (Doc. # 25), it is ORDERED that the defendants shall file a response **on or before November 22, 2006**.

DONE this 13th day of November, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE