**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 21, 2006

# NOTICE OF NON-COMPLIANCE

To:                          ALL COUNSEL OF RECORD

Case Style:                  **David Finney v. Nissan North America, Inc., et al.**

Case Number:                 **#3:06-cv-00622-WKW**

Referenced Pleading:         **First Amendment to Complaint**

Docket Entry Number:         **27**

**The referenced pleading was electronically filed on 11/20/2006 in this case and is not in compliance with the local rules and/or administrative procedures of this court. Local Rule 15.1 states that "[a]ny amendment to a pleading...must...reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."**

**Also, leave of court has not been granted allowing the amendment. The referenced document has been filed prematurely.**

**Therefore, Document #27 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**