IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DAVID FINNEY, an individual,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: 3:06-cv-622 |
| | ) |
| **NISSAN NORTH AMERICA, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION
## FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

In accordance with the Court's Order of November 13, 2006, **Takata U.S.A. Corporation, Takata Seat Belts Inc., Takata Restraint Systems Inc., Takata North American Inc.,** and **Takata Inc.** state in response to the Plaintiff's Motion for Leave of Court to File First Amended Complaint that, while they dispute the allegations in Plaintiff's First Amended Complaint, they do not oppose Plaintiff's motion for leave to amend the Complaint.

Respectfully submitted,

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**Attorneys for the Takata entities**

1/1524872.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    **Joel Lee DiLorenzo**
    Jackson and Tucker, PC
    Black Diamond Building
    2229 First Avenue North
    Birmingham, AL 35203
    Email: joel@ksjpc.com

    **Joseph Luther Tucker**
    Jackson and Tucker, P.C.
    2229 1st Avenue North
    Birmingham, AL 35203
    Email: josh@jacksonandtucker.com

    **Kenneth S Jackson**
    Jackson and Tucker, P.C.
    Black Diamond Building
    2229 1st Avenue North
    Birmingham, AL 35203
    Email: steve@jacksonandtucker.com

    **Walter B. Calton**
    Calton & Rutland LLC
    Post Office Box 696
    Eufaula, AL 36027-0696
    Email: wcalton@bellsouth.net

    **Robert C Khayat, Jr.**
    King & Spalding LLP
    1180 Peachtree St, NE
    Atlanta, AL 30309
    Email: rkhayat@kslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

              s/ Charles A. Stewart III
              Charles A. Stewart III (asb-4955-a56c)
              Bradley Arant Rose & White LLP
              The Alabama Center for Commerce
              401 Adams Avenue, Suite 780
              Montgomery, AL 36104
              Telephone: (334) 956-7700
              Facsimile: (334) 956-7701
              E-mail: cstewart@bradleyarant.com