# Exhibit "A"



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

October 30, 2006

K. Stephen Jackson, Esq.                    Walter B. Calton, Esq.
Joseph L. "Josh" Tucker, Esq.               312 East Broad Street
Joel L. DiLorenzo, Esq.                     Eufaula, AL  36027
Jackson & Tucker, P.c.
Black Diamond Building
2229 First Avenue North
Birmingham, AL  35203

      RE:   *David Finney v. Nissan North America, Inc.; Takata U.S.A. Corporation d/b/a Takata Corporation; et al.*

Gentlemen:

      I received discovery issued to Takata Inc. This is a Japanese company and they do not have commas in their language so it is Takata Inc., Takata North American Inc., Takata Seat Belts Inc., Takata Restraint Systems Inc., and Takata USA Coporation. I am sending this letter to you to remind you that none of these Defendants played a role in the manufacture or design of any seat belt that was installed in a Nissan Sentra back in 1992.

      I can assure you that none of these entities are doing business as Takata Corporation. Since I have already explained this to you, I wonder why you want me to go to the time and expense of responding to this discovery. Please let me know if it is your intention to put my clients to that expense. We may need to file something with the Court.

      Please provide me with the text of the label on the seat belt in the subject vehicle *and* the information on the vehicle placard.

      I look forward to your response.

Yours very truly,

*Charles A Stewart III*
/art

Charles A. Stewart III

CAS/arm

cc:   Angela R. Rogers, Esq.