IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-622-WKW |
| ) | |
| NISSAN NORTH AMERICAN, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the plaintiff's Motion for Leave of Court to File First Amended Complaint (Doc. # 25), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically **on or before November 27, 2006**, a copy of the full amended complaint in accordance with the *Middle District of Alabama's Local Rules and Civil Administrative Procedures*.

DONE this 22nd day of November, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE