IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:06cv622-WKW |
| ) | |
| NISSAN NORTH AMERICA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER ON MOTION**

This action is presently before the court on plaintiff's renewed motion for leave of court to propound additional written interrogatories (Doc. # 30).  Plaintiff seeks leave "to serve written interrogatory requests over and above the 25 interrogatory limit set forth in F.R.C.P. 33(a)" on the Takata defendants.  (Motion, p. 3).  Plaintiff has failed to provide the court with sufficient information to permit an evaluation of this request.  See Fed. R. Civ. P. 33(a); 26(b)(2).  He has not supported his motion with an explanation of the subject matter of the proposed interrogatories, or with copies of the interrogatories already propounded, defendants' responses to those interrogatories (if any), the additional interrogatories he now seeks to serve, or any other documentation demonstrating that additional interrogatories are warranted.  Accordingly, it is

ORDERED that the motion is DENIED without prejudice.

DONE, this 28th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE