IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-622-WKW |
| | ) | |
| NISSAN NORTH AMERICAN, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

By Order (Doc. # 31) dated November 22, 2006, the plaintiff's motion for leave to file an amended complaint was granted. The plaintiff timely filed his amended complaint (Doc. # 32) on November 27, 2006; however, the pleading is not in compliance with the Middle District of Alabama's Local Rules. Local Rule 15.1 states, in relevant part, that "[a]ny amendment to a pleading . . . must . . . reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

Accordingly, it is ORDERED that the amended complaint (Doc. # 32) is STRICKEN from the record. It is further ORDERED that the plaintiff shall file electronically an amended complaint that fully complies with the *Middle District of Alabama's Local Rules and Civil Administrative Procedures* **on or before December 6, 2006**.

DONE this 30th day of November, 2006.

                           /s/  W.  Keith Watkins
                           UNITED STATES DISTRICT JUDGE