Exhibit "B"

# ❖ Jackson and Tucker, P.C.

November 14, 2006


Charles A. Stewart, III
Bradley, Arant, Rose & White, LLP
Alabama Center For Commerce
401 Adams Ave., Ste. 780
Montgomery, AL 36104

**BY FAX: (334) 956-7808**

*RE:    David Finney v. Nissan North America, Inc., et al.*

Dear Chuck:

In follow up to our telephone conference last week, I have not heard back from you regarding whether you will permit me to propound additional interrogatories over the number permitted by the Federal Rules to your clients. Upon receipt of this correspondence, please contact me with your decision.

If I do not hear from you by Friday, November 17, 2006, I will assume that you object to my request, and I will re-file my Motion to Propound Additional Written Interrogatories to the Court. Please let me know as soon as possible.


Sincerely,

Joel L. DiLorenzo

ATTORNEYS AT LAW

K. STEPHEN JACKSON*    JOSEPH L. "JOSH" TUCKER†◆□○●    JOEL L. DILORENZO†
*ALSO MEMBER GEORGIA BAR    †ALSO MEMBER MISSISSIPPI BAR    ◆ALSO MEMBER TENNESSEE BAR
□ALSO MEMBER DISTRICT OF COLUMBIA BAR    ○ALSO MEMBER PENNSYLVANIA BAR    ●ALSO MEMBER TEXAS BAR