U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

3:06CV622-WKW

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| K. Stephen Jackson, Esq.<br>JACKSON & TUCKER, P.C.<br>2229 First Avenue North<br>Birmingham, AL 35203<br>205-252-3535<br>United States of America | Ministry of Foreign Affairs<br>Consular Policy Division, Consular Bureau<br>Kasumigaseki 2-2-1<br>Chiyoda-ku<br>Tokyo, 100-8919<br>Japan |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Takata Corporation, No. 25 Mori Building, 4-30
Roppongi 1-chome, Minato-ku, Tokyo, Japan, 106-8510

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

First Amended Complaint

Done at December 14, the 2006
*Fait à _____, le _____*

Signature and/or stamp   *Debra P. Hackett, Clerk*
*Signature et/ou cachet*
Deputy Clerk

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    -- the (date) -- *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)*

_____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

        ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a) selon les formes légales (article 5. alinéa premier, lettre a)*

        ☐ (b) in accordance with the following particular method:
            *b) selon la forme particulière suivante:* _____

        ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
            *c) par remise simple.*

    The documents referred to in the request have been delivered to:
    *Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)*

_____

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____, the _____
*Fait à _____, le _____*

Signature and/or stamp
*Signature et/ou cachet*

_____

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

K. Stephen Jackson, Esq. 2229 First Avenue North, Birmingham, AL  35203, U.S.A.

**Particulars of the parties:**
*Identité des parties:*

David Finney v. Nissan North America, Inc., Takata Corporation, Takata Seat Belts, Inc., et al.

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

First Amended Complaint filed by David Finney

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Federal civil lawsuit for damages in excess of $75,000.00 (U.S. Dollars)

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Twenty (20) days after service; U.S.D.C., Middle Dist. of AL, 1 Church St., Montgomery, AL 36104 USA

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

Not Applicable

**Dale of judgment**:**
*Date de la décision:*

Not Applicable

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:***
*Indication des délais figurant dans l'acte:*