IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv622-WKW |
| | ) |
| TAKATA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's second renewed motion for leave of court to propound written interrogatories (Doc. # 36), filed December 8, 2006, and for good cause, it is

ORDERED that defendants file a response to the motion on or before January 3, 2007.

DONE, this 20th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE