# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: 3:06-CV-622-WKW |
| NISSAN NORTH AMERICA, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to the Fed.R.Civ.P. 26(f), a telephonic conference was held on October 3, 2006 and was attended by:

K. Stephen Jackson, P.C.
Joel DiLorenzo, Esq.
Jackson & Tucker, P.C.
Attorneys for Plaintiff

Robert C. Khayat, Jr., Esq.
King & Spalding, LLP
Attorney for Defendant Nissan North America

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White, LLP
Attorney for Defendant Takata Entities

2. Pre-Discovery Disclosures. The parties will exchange the information required by F.R.C.P. 26(a)(1) within 21 days of the entry of the Court's scheduling order.

3. Discovery Plan. The plaintiff proposes to the court the following discovery plan.

    a. All discovery commenced in time to be completed by **July 31, 2007**.

    b. Discovery under F.R.C.P. 33 governing Interrogatories to Parties shall be conducted in accordance with the Federal Rules of Civil Procedure.

    c.    Discovery under F.R.C.P. 34 governing Production of Documents and Things shall be conducted in accordance with the Federal Rules of Civil Procedure.

    d.    Discovery under F.R.C.P. 30 governing Depositions Upon Oral Examination shall be conducted in accordance with the Federal Rules of Civil Procedure.

    e.    Discovery under F.R.C.P. 31 governing Depositions Upon Written Questions shall be conducted in accordance with the Federal Rules of Civil Procedure.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        (i)    from each Plaintiff by **September 15, 2007**, and any such experts shall be made available for deposition by no later than **October 14, 2007**.

        (ii)    from each Defendant by **November 2, 2007**, and any such experts shall be made available for deposition by no later than **December 1, 2007**.

    g.    Supplementations under Rule 26(e) shall be due within 7 days following the deposition of each expert put up for deposition by the defendants.

4.    Other Items.

    a.    The parties do not request a conference with the court before entry of scheduling order.

    b.    The parties request a pretrial conference on or around **October 1, 2007**.

    c.    Plaintiff should be allowed to join additional parties and to amend the pleadings within 90 days of the conclusion of general discovery.

    d.    Defendants should be allowed to join additional parties and to amend the pleadings within 90 days of the conclusion of general discovery.

    e.    All potentially dispositive motions should be filed by **December 15, 2007**.

    f.    Settlement and mediation cannot be evaluated prior to parties conduct additional discovery.

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        (i)    From Plaintiff 30 days before the start of trial.

        (ii)    From Defendants 30 days before the start of trial.

h.    Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i.    This case should be ready for trial by the first trial term of 2008 and at this time is expected to take approximately 7 days.

Dated this the 3rd day of October of 2006.