IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 JAN 26  A 9: 45

DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DAVID FINNEY, an individual, | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 3:06-CV-622-WKW |
| TAKATA, a foreign corporation; TAKATA U.S.A. CORPORATION d/b/a TAKATA CORPORATION, a foreign corporation, Et al. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

**COMES NOW** Joel L. DiLorenzo, Esq., and moves to withdraw as attorney of record for Plaintiff David Finney and would state that his withdrawal will not adversely affect the Plaintiff in this case because K. Stephen Jackson and Joseph L. Tucker will continue as counsel of record for the Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned requests an Order from this Honorable Court allowing the withdrawal of Joel L. DiLorenzo as attorney of record for Plaintiff David Finney in the above-styled case.

Respectfully submitted,

_____
Joel L. DiLorenzo (DIL018)
*Attorney for Plaintiff*

**OF COUNSEL:**

JACKSON & TUCKER, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 35203
Telephone:   (205) 252-3535
Facsimile:    (205) 252-3536

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel via certified mail by placing a copy of the same in the United States mail, postage prepaid, and addressed as follows:

Charles A. Stewart, III, Esq.
Angela R. Rogers, Esq.
Bradley, Arant, Rose & White, LLP
Attorneys for Defendant Takata

Robert C. Khayat, Jr., Esq.
King & Spalding, LLP
Attorney for Defendant Nissan North America

This the 25 day of January 2007.

_____
Joel L. DiLorenzo
Attorney for Plaintiff