IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-622-WKW |
| ) | |
| NISSAN NORTH AMERICAN, INC.,, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Joel L. DiLorenzo's Motion to Withdraw as Counsel (Doc. #45) filed on January 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 30th day of January, 2007.

      /s/   W.  Keith Watkins
     UNITED STATES DISTRICT JUDGE