IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| NISSAN NORTH AMERICA, INC., et al. | ) CASE NO.:  3:06-cv-622 |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

NOTICE OF SERVICE OF SUPBOENA

**Takata U.S.A. Corporation, Takata Seat Belts Inc., Takata Restraint Systems Inc., Takata North American Inc.,** and **Takata Inc.**, pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby gives notice that it has issued the attached subpoena to Infinity Insurance Group.

                                            s/ Charles A. Stewart III
                                            Charles A. Stewart III (STE067)
                                   **Attorney for Takata U.S.A. Corporation,
Takata Seat Belts Inc., Takata Restraint
Systems Inc., Takata North American Inc.,
and Takata Inc.**

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

CERTIFICATE OF SERVICE

    I hereby certify that on February 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Joseph Luther Tucker**
Jackson and Tucker, P.C.
Black Diamond Building
2229 1st Avenue North
Birmingham, AL  35203
josh@jacksonandtucker.com

**Walter B. Calton**
Calton & Rutland LLC
PO Box 696
Eufaula, AL  36027-0696
wcalton@bellsouth.net

**Kenneth S. Jackson**
Jackson and Tucker, P.C.
Black Diamond Building
2229 1st Avenue North
Birmingham, AL  35203
steve@jacksonandtucker.com

**Robert C. Khayat, Jr.**
King & Spalding LLP
1180 Peachtree St., NE
Atlanta, AL  30309
rkhayat@kslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:   None.

    Respectfully submitted,

    s/ Charles A. Stewart III
    Charles A. Stewart III
    Angie R. Rogers
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    E-mail: cstewart@bradleyarant.com