# EXHIBIT "A"

**TO:** Infinity Insurance Group
c/o Custodian of Records
3700 Colonnade Parkway
Birmingham, AL 35243

**RE:** James David Finney
Date of Birth: 3/17/1970
Policy Number: 008157356-00
Claim Number: 10000073696

1. **Without limitation as to time period**, **a certified copy** of your complete file for above referenced party. This subpoena includes all documents of every nature contained in your file for the party, including, but not limited to, all records; investigations, photos, including correspondence with any outside parties; and all documents and records of every nature maintained in any file on the above-referenced party.

2. **If you anticipate that the copying costs will exceed $100 for the requested documents, please call 334-956-7633 to obtain verification prior to copying.**

3. You should not exclude any item from this production request without first contacting the attorney issuing the subpoena or obtaining leave of court from the judge assigned to this action.

**Please Forward Documents To:**
**Charles A. Stewart III**
**c/o Debra Coy, Legal Assistant**
**Bradley, Arant, Rose & White, LLP**
**401 Adams Avenue, Suite 780**
**Montgomery, AL 36104**
**(334) 956-7700**