IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:06cv622WKW |
| | ) |
| NISSAN NORTH AMERICA, INC., et al. | ) |
| | ) |
|    Defendants. | ) |

**MOTION BY ALL PARTIES TO
EXTEND SCHEDULING ORDER DEADLINES**

The parties respectfully request that this Court extend the current Scheduling Order deadlines by six months. In support of this motion, the parties state as follows:

1.  Defendant Takata Corporation was served with the Summons and Complaint on February 14, 2007. Service on Takata Corporation was delayed because, as a Japanese corporation, Takata Corporation was required to be served pursuant to the Hague Convention.

2.  Takata Corporation's responsive pleading is not due until March 6, 2007, so no discovery has taken place with respect to this Defendant. In addition, due to the delay in accomplishing service on Takata Corporation, fact discovery has been slowed. The parties, excluding Takata Corporation, have exchanged written discovery, but no depositions have been taken.

3.  The current Scheduling Order deadlines begin to run in April 2007. For example, the parties are required to have a face-to-face settlement meeting by April 16, 2007,

and the dispositive motion deadline and Plaintiff's expert deadline fall on April 24, 2007. Defendants' expert deadline is May 24, 2007.

4. Due in part to the delay in serving Takata Corporation, as well as the inherent complexity of this automotive product liability case, the current Scheduling Order deadlines do not allow the parties sufficient time to complete written discovery, depose fact witnesses, conduct expert discovery, and meaningfully evaluate settlement opportunities.

5. The parties agree that an extension of all deadlines by six months will permit the efficient and orderly completion of discovery and preparation of the case for trial.

6. The undersigned represents that counsel for Plaintiff and Nissan North America, Inc., have reviewed this motion, that they join in this motion, and that they have given the undersigned permission to file the motion electronically with the Court on behalf of all parties.

WHEREFORE, premises considered, the parties respectfully request that the Court extend all Scheduling Order deadlines by six months.

Respectfully submitted,

s/ Angela R. Rogers
Charles A. Stewart III (STE067/ASB-4955-a56c)
Angela R. Rogers (RAI017/ASB-0853-e60r)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

2

CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2007, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Joseph Luther Tucker**
Jackson and Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203
Email: josh@jacksonandtucker.com

**Kenneth S Jackson**
Jackson and Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203
Email: steve@jacksonandtucker.com

**Walter B. Calton**
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696
Email: wcalton@bellsouth.net

**Robert C Khayat, Jr.**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, AL 30309
Email: rkhayat@kslaw.com

**Chilton Davis Varner**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, AL 30309
Email: cvarner@kslaw.com

**Robert B. Friedman**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, AL 30309
Email: rfriedman@kslaw.com

**Andrew T. Bayman**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, AL 30309
Email: abayman@kslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

    s/ Angela R. Rogers
    Angela R. Rogers (RAI017/ASB-0853-e60r)
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    E-mail: arogers@bradleyarant.com