**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **DAVID FINNEY, an individual,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )    CV. NO. 3:06-CV-622-WKW |
| | ) |
| **NISSAN NORTH AMERICA, INC.,** | ) |
| **a foreign corporation; TAKATA U.S.A.** | ) |
| **CORPORATION d/b/a TAKATA** | ) |
| **CORPORATION, a foreign corporation,** | ) |
| **Et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## JOINT MOTION FOR PROTECTIVE ORDER

Now Come the parties, Plaintiff David Finney and Defendants Nissan North America, Inc., and Takata Corporation, and having consented and agreed thereto, move this Court to enter the proposed Consent Protective Order of Confidentiality, attached as Exhibit "A". The proposed order is necessary to protect the confidential, proprietary, and trade secret information that Defendants are producing during discovery in this case.

This 28th day of March, 2007.

[Signatures on next page]

| | |
|---|---|
| JACKSON & TUCKER, P.C. | KING & SPALDING LLP |
| /s/ K. Stephen Jackson | /s/ Robert B. Friedman |
| K. Stephen Jackson | Andrew T. Bayman *(admitted pro hac vice)* |
| Joseph L. Tucker | Georgia Bar No. 043342 |
| Black Diamond Building | Robert B. Friedman *(admitted pro hac vice)* |
| 22229 First Avenue North | Georgia Bar No. 277711 |
| Birmingham, Alabama 35203 | Robert C. Khayat, Jr. |
| | Alabama Bar No. ASB-9156-T73R |
| -and- | 1180 Peachtree Street |
| | Atlanta, Georgia 30309 |
| Walter B. Calton | |
| Calton & Rutland LLC | Attorneys for Defendant |
| PO Box 696 | NISSAN NORTH AMERICA, INC. |
| Eufaula, AL 36027-0696 | |

Attorneys for Plaintiff DAVID FINNEY


BRADLEY ARANT ROSE & WHITE, LLP

/s/ Charles Andrew Stewart, III
Charles Andrew Stewart, III
PO Box 1469
Montgomery, AL 36102-1469

Attorney for Defendants
TAKATA SEAT BELTS, INC., TAKATA RESTRAINT SYSTEMS, INC., TAKATA NORTH AMERICAN, INC., TAKATA, INC. and TAKATA U.S.A. CORPORATION