IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv622-WKW |
| | ) | |
| NISSAN NORTH AMERICA, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's second renewed motion for leave of court to propound 27 written interrogatories with subparts to defendants (Doc. # 40), and for good cause, it is

ORDERED that the motion is GRANTED to the extent that plaintiff may serve the requested interrogatories for response by Takata Corporation only.[1]

DONE, this 10th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants contend that the remaining Takata defendants were not involved in the manufacture or design of the restraint system at issue in this case. If plaintiffs learn otherwise after responses to interrogatories are returned by Takata Corporation, they may renew their motion as to the other Takata defendants.