IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO. 3:06-CV-622-WKW |
| ) | |
| TAKATA, ) | |
| a foreign corporation; TAKATA U.S.A. ) | |
| CORPORATION d/b/a TAKATA ) | |
| CORPORATION, a foreign corporation, ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Please take notice that the undersigned has this date served a complete copy of the following upon counsel for all parties:

(X)     **PLAINTIFF'S FIRST RESPONSE TO DEFENDANT TAKATA CORPORATION'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

_____
K. Stephen Jackson    (JAC 034)
Joseph L. "Josh" Tucker   (TUC 033)
Joel L. DiLorenzo (DIL 018)
*Attorneys for Plaintiff*

**OF COUNSEL:**

JACKSON & TUCKER, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536

Walter B. Calton, Esq.
312 East Broad Street
Eufaula, AL  36027

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the above was served upon the following via regular United States Mail, postage prepaid and properly addressed on this 11th day of June, 2007.

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White, LLP
401 Adams Avenue – Suite 780
Montgomery, Alabama 36104

*Attorney for Defendant Takata*

_____
Attorney for Plaintiff