**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 12, 2007

# NOTICE OF CORRECTION

**From:** **Clerk's Office**

**Case Style:** **David Finney v. Nissan North America, Inc., et al.**

**Case Number:** **#3:06-cv-00622-WKW**

**Referenced Document:** **Document #58**
**Notice of Deficiency**

**This notice has been docketed to enter the attachment to the referenced document into the record. The attachment was originally omitted due to docketing error.**

**The pdf of the attachment is attached to this notice.**