IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: 3:06-cv-622 |
| ) | |
| NISSAN NORTH AMERICA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Takata Corporation and the other Takata entities served in this lawsuit, namely, Takata U.S.A. Corporation, Takata Seat Belts Inc., Takata Restraint Systems Inc., Takata North American Inc., and Takata Inc., hereby make the following disclosure under the provisions of the Middle District of Alabama's General Order No. 3047:  Takata Corporation is a publicly traded company listed on the Tokyo Stock Exchange as "TOKSE 7312. T."  TK Holdings Inc. is a subsidiary of Takata Corporation.

    s/ Charles A. Stewart III
    Charles A. Stewart III (ASB-4955-a56c)
    Angela R. Rogers (ASB-0853-e60r)
    **Bradley Arant Rose & White LLP**
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701

    **Attorneys for Takata Corporation**

1/1555048.1

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Joseph Luther Tucker**
Jackson and Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203
Email: josh@jacksonandtucker.com

**Kenneth S Jackson**
Jackson and Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203
Email: steve@jacksonandtucker.com

**Walter B. Calton**
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696
Email: wcalton@bellsouth.net

**Robert C Khayat, Jr.**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, GA 30309
Email: rkhayat@kslaw.com

**Chilton Davis Varner**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, GA 30309
Email: cvarner@kslaw.com

**Robert B. Friedman**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, GA 30309
Email: rfriedman@kslaw.com

**Andrew T. Bayman**
King & Spalding LLP
1180 Peachtree St, NE
Atlanta, GA 30309
Email: abayman@kslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

s/ Charles A. Stewart III
Charles A. Stewart III (ASB-4955-a56c)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com