IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID FINNEY, an individual,     )
                                  )
          Plaintiff,       )
                                  )
v.                                )
                                )   CIVIL ACTION
NISSAN NORTH AMERICA, INC.,   )   NO. 3:06-C V-622-WKW
a foreign corporation; TAKATA U.S.A.   )
CORPORATION d/b/a TAKATA   )
CORPORATION, a foreign corporation,   )
et al.                              )
                                )
          Defendants.    )
_____)

## CORPORATE / CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Nissan Motor Corporation in U.S.A. was incorporated on September 28, 1960 in California. Nissan North America, Inc., a California Corporation, merged into Nissan Motor Corporation, U.S.A. on December 31, 1998. Nissan Motor Corporation in U.S.A. was the surviving corporation. However, Nissan Motor Corporation in U.S.A. changed its name to Nissan North America, Inc., effective January 1, 1999, and continues to do business under that name. Nissan Motor Co., Ltd., a Japanese corporation, owns 100% of the outstanding capital

stock of NNA.  NNA owns 100% of the outstanding capital stock of Nissan Technical Center,

North America; Nissan Motor Acceptance Corporation; and Nissan Design America, Inc.


      This 23rd day of June, 2007.

KING & SPALDING LLP

s/ Robert B. Friedman
Andrew T. Bayman *(admitted pro hac vice)*
Georgia Bar No. 043342
Robert B. Friedman *(admitted pro hac vice)*
Georgia Bar No. 277711
Robert C. Khayat, Jr.
Alabama Bar No. ASB-9156-T73R
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 572-4600

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

<u>**CERTIFICATE OF SERVICE**</u>

THIS IS TO CERTIFY that I have this date filed a true and correct copy of the foregoing

**CORPORATE / CONFLICT DISCLOSURE STATEMENT** with the Clerk using the

CM/ECF system, which will automatically send email notification of such filing to the following

attorneys of record:

K. Stephen Jackson
Joseph L. Tucker
Joel L. DiLorenzo
Jackson & Tucker, P.C.
Black Diamond Building
22229 First Avenue North
Birmingham, Alabama 35203

Walter B. Calton
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696

Charles Andrew Stewart, III
Bradley Arant Rose & White, LLP
PO Box 1469
Montgomery, AL 36102-1469

This 23rd day of June, 2007.

s/ Robert B. Friedman
Robert B. Friedman