IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID FINNEY,

    Plaintiff,

v.                                                                      CASE NO. 3:06-CV-622-WKW

NISSAN NORTH AMERICA, INC., ET. AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW David Finney, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✔] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | NOT APPLICABLE |

11/28/2007
Date

(Signature)
Joseph L. "Josh" Tucker
(Counsel's Name)

**David Finney**
Counsel for (print names of all parties)
2229 1st Avenue North
Birmingham, Alabama 35203
Address, City, State Zip Code
205-252-3535
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, Joseph L. "Josh" Tucker, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th day of November 20 07, to:

| | |
|---|---|
| Charles A. Stewart, III, Esquire | Robert C. Khayat, Jr., Esquire |
| Bradley, Arant, Rose & White, LLP | King & Spalding, LLP |
| Alabama Center for Commerce | 1180 Peachtree Street |
| 401 Adams Avenue, Suite 780 | Atlanta, GA 30309 |
| Montgomery, AL 36104 | |

11/28/2007
Date

Signature