IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| DAVID FINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-622-WKW |
| | ) | |
| NISSAN NORTH AMERICAN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The mediator has notified the court that this case has settled. All remaining dates and deadlines, including the pretrial conference scheduled for June 2, 2008 and the trial scheduled for the June 30, 2008 trial term, are CANCELLED. The parties are ORDERED to file a joint stipulation of dismissal on or before **February 19, 2008.**

DONE this 6th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE