IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-00622-WKW-SRW |
| ) | |
| NISSAN NORTH AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSION OF**
**DEADLINE TO FILE JOINT STIPULATION OF DISMISSAL**

Plaintiff and Defendants request a two-week extension to file a joint stipulation of dismissal in this case. In support of this motion, the parties state as follows:

1. The parties reached a settlement at mediation on January 29, 2008.

2. The Court subsequently issued an order giving the parties until February 19, 2008, to file a joint stipulation of dismissal.

3. The parties are in the process of working out the terms of the settlement release and are awaiting receipt of the settlement funds.

4. The parties expect to finalize the release within the next few days, and they expect to receive and deposit the settlement funds shortly thereafter.

5. The undersigned represents that she has contacted counsel for each party in this case, that all parties join in this motion, and that counsel for each party has given her permission to file this motion with the Court on behalf of all parties.

WHEREFORE, the parties respectfully request a two-week extension of the deadline to file the joint stipulation of dismissal to allow them time to finalize the settlement release and to receive and deposit the settlement funds.

1/1670786.1

Respectfully submitted,

s/ Angela R. Rogers
Charles A. Stewart III (ASB-4955-a56c)
Angela R. Rogers (ASB-0853-e60r)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorneys for Takata Corporation**

CERTIFICATE OF SERVICE

    I certify that on February 19, 2008, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

**Joseph Luther Tucker**
Jackson and Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203
Email: josh@jacksonandtucker.com

**Kenneth S Jackson**
Jackson and Tucker, P.C.
Black Diamond Building
2229 1st Avenue North
Birmingham, AL 35203
Email: steve@jacksonandtucker.com

**Walter B. Calton**
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696
Email: wcalton@bellsouth.net

**Andrew T. Bayman**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-4600
Fax: 404-572-5136
Email: abayman@kslaw.com

**Chilton Davis Varner**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Email: cvarner@kslaw.com

**Robert B. Friedman**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Email: rfriedman@kslaw.com

**Robert Conrad Khayat, Jr.**
King & Spalding LLP
1180 Peachtree St, NE
38th Floor
Atlanta, AL 30309
Email: rkhayat@kslaw.com

and I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Not applicable.

    s/ Angela R. Rogers
    Angela R. Rogers (ASB-0853-e60r)
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    Email: arogers@bradleyarant.com