IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-622-WKW |
| | ) | |
| NISSAN NORTH AMERICAN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Joint Motion for Extension of Deadline to File Joint Stipulation of Dismissal (Doc. # 68), it is ORDERED that the motion is GRANTED. For good cause shown, the deadline for filing the joint stipulation of dismissal is extended from February 19, 2008, to **March 4, 2008.**

DONE this 21st day of February, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE