IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CV. NO. 3:06-CV-622-WKW |
| | ) |
| NISSAN NORTH AMERICA, INC., | ) |
| a foreign corporation; TAKATA U.S.A. | ) |
| CORPORATION d/b/a TAKATA | ) |
| CORPORATION, a foreign corporation, | ) |
| Et al. | ) |
| | ) |
|     Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF**
**DEADLINE TO FILE JOINT STIPULATION OF DISMISSAL**

Now come Plaintiff and Defendants and request a ten-day extension to file a joint stipulation of dismissal in this case. In support of this motion, the parties state as follows:

1. The parties reached a settlement at mediation on January 29, 2008.

2. The Court subsequently issued an order giving the parties until February 19, 2008, to file a joint stipulation of dismissal.

3. The parties filed a Joint Motion for Extension of Deadline to File Joint Stipulation of Dismissal on February 19, 2008, which the Court granted, extending the deadline until March 4, 2008.

4. An additional extension until Friday, March 14 is requested to allow Defendants additional time to deliver the settlement proceeds to Plaintiffs.

5. The undersigned represents that he has contacted counsel for each party in this case, that all parties join in this motion, and that counsel for each party has given him permission

to file this motion with the Court on behalf of all parties.

WHEREFORE, the parties respectfully request a two-week extension of the deadline to file the joint stipulation of dismissal to allow them time to finalize the settlement release and to receive and deposit the settlement funds.

Respectfully submitted this 4th day of March, 2008.

                                          KING & SPALDING LLP

                                        /s/ Andrew T. Bayman
                                        Andrew T. Bayman *(admitted pro hac vice)*
                                        Georgia Bar No. 043342
                                        Robert B. Friedman *(admitted pro hac vice)*
                                        Georgia Bar No. 277711
                                        Robert C. Khayat, Jr.
                                        Alabama Bar No. ASB-9156-T73R
                                        1180 Peachtree Street
                                        Atlanta, Georgia 30309

                                        Attorneys for Defendant
                                        NISSAN NORTH AMERICA, INC.

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2008, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following:

Kenneth S Jackson
steve@jacksonandtucker.com
Joseph Luther Tucker
josh@jacksonandtucker.com
Jackson and Tucker, P.C.
2229 1st Avenue North
Birmingham, AL 35203

Walter B. Calton
wcalton@bellsouth.net
Calton & Rutland LLC
PO Box 696
Eufaula, AL 36027-0696

Charles Andrew Stewart, III
cstewart@bradleyarant.com
Angela R. Rogers
arogers@bradleyarant.com
Bradley Arant Rose & White, LLP
PO Box 1469
Montgomery, AL 36102-1469

and I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Not applicable.

/s/ Andrew T. Bayman
Andrew T. Bayman *(admitted pro hac vice)*
Georgia Bar No. 043342
Robert B. Friedman *(admitted pro hac vice)*
Georgia Bar No. 277711
Robert C. Khayat, Jr.
Alabama Bar No. ASB-9156-T73R
1180 Peachtree Street
Atlanta, Georgia 30309