IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-622-WKW |
| ) | |
| NISSAN NORTH AMERICA, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Motion for Extension of Deadline to File Joint Stipulation of Dismissal (Doc. # 70), it is ORDERED that the motion is GRANTED. For good cause shown, the deadline for filing the joint stipulation of dismissal is extended from March 4, 2008 to **March 14, 2008**.

DONE this 5th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE