IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FINNEY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CV NO. 3:06-CV-622-WKW |
| NISSAN NORTH AMERICAN, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, David Finney by and through his undersigned attorney, and do hereby stipulate that the above action may be dismissed with prejudice in its entirety, including all claims and counterclaims, and that costs be taxed as paid.

Dated this 14th day of March, 2008.

_____
K. Stephen Jackson (JAC034)
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I herby certify that a true and correct copy of the above was served upon the following via regular United States Mail, postage prepaid and properly addressed on this 14th day of March, 2008.

Walter B. Calton, Esq.
312 East Broad Street
Eufaula, AL 36027

Charles A. Stewart, III, Esq.
Angela Rogers, Esq.
BRADLEY, ARANT, ROSE & WHITE, LLP
Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, Alabama 36104
*Attorney for Defendant Takata Corporation*

Chilton Davis Varner, Esq.
Robert B. Friedman, Esq.
Robert C. Khayat, Jr., Esq.
Andrew T. Bayman, Esq.
KING & SPALDING, LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
*Attorney for Defendant Nissan North America*

_____
Attorney for Plaintiff