IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-622-WKW |
| | ) | |
| NISSAN NORTH AMERICAN, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. # 72), it is ORDERED that this case is DISMISSED with prejudice. Each party shall bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of March, 2008.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE